IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE STEPHEN DATZ,

   Plaintiff,

    v.

SHERIFF NEAL WARREN
COBB JAIL, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-4315-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the case be allowed to proceed as to the Defendant Hendrix and dismissed as to the Defendants Warren and Howe. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The case may proceed against the Defendant Hendrix. It is dismissed as to the Defendants Warren and Howe.

SO ORDERED, this 25 day of May, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Datz\r&r.wpd