# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGE DATZ, #60248, | : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| v. | : : | CIVIL ACTION NO. 1:15-CV-4315-TWT-CMS |
| DR. HENDRIX, | : | |
| Defendant. | : | |

## FINAL REPORT AND RECOMMENDATION

While in pre-trial detention in the Cobb County Jail, George Datz filed and amended a Complaint Pursuant to 42 U.S.C. § 1983 and was permitted to proceed on a claim of deliberate indifference to serious medical needs claim. *See* [4], [5] & [7]. Mr. Datz was specifically directed "to advise this court of any address change while this matter is pending." [3] at 3. When it appeared that Mr. Datz had been released from the Cobb County Jail without providing this Court with notice of his address change, the undersigned issued an Order dated June 28, 2016, directing Mr. Datz to show cause why this case should not be dismissed. *See* [8]. The copy of the June 28, 2016 Order mailed to Mr. Datz was returned as undeliverable. *See* [9].

Because Mr. Datz has failed to keep the Court informed of his mailing address and that failure has adversely affected the management of this case, the undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE**.  *See* LR 41.2B, NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 22nd day of July, 2016.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE